Case 15-21371    Filed 07/07/15    Doc 40

RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RADHEY SHYAM<br><br>LILLIAM SHYAM<br><br>                          Debtor(s). | Case No.:    15-21371<br>D.C. No.:     RDG-2<br><br>CHAPTER 13<br><br>MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307<br><br>DATE:    July 28, 2015<br>TIME:    10:30 AM<br>DEPT.:   D |

**TO THE DEBTOR(S) AND HIS/HER ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that at 10:30 AM on July 28, 2015, in Courtroom 34, Sixth Floor, of the U.S. Bankruptcy Court, 501 I Street, Sacramento, California, Russell D. Greer, Chapter 13 Standing Trustee, will move for an Order of Dismissal of the above-referenced case pursuant to Section 1307 of the Bankruptcy Code for the following reason(s):

__X__  1. Unreasonable delay by the debtor(s) that is prejudicial to creditors. [§1307(c)(1)]

_____  2. Payments to the Trustee are not current under the debtor(s) proposed plan. [§1307(c)(4)]

_____  3. Payments to the Trustee are not current under the debtor(s) confirmed plan. [§1307(c)(6)]

__X__  4. Cause:  Failure to confirm a plan.  An objection to confirmation of Debtors' plan was heard on June 9, 2015, and the Court sustained the objection and denied confirmation of the plan.

**WHEREFORE**, the Trustee requests that the Court enter an Order of Dismissal of this Chapter 13 case.

Dated: July 6, 2015                            /s/ RUSSELL D. GREER
                                               RUSSELL D. GREER,
                                               CHAPTER 13 STANDING TRUSTEE